UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re DIANA COLE CHERRY SPENCER, )
                                 )
        Petitioner.               )
                                 )
                                 )   Civil Action No.  24-01163 (UNA)

**MEMORANDUM OPINION**

Diana Cole Cherry Spencer, appearing *pro se*, has submitted to the Clerk of this Court a Petition against "No Respondent/Interested parties," ECF No. 1 (Caption), regarding "Decedent Darryl Dewitt Cherry Spencer" of whom Petitioner claims to be "the surviving spouse."  In the one-page Petition, Spencer asks "this court for amendment of [the decedent's] administrative 401k 5500 annual return/report of employee benefit plan Weyerhaeuser Company" and appears to seek "audit records filed dated [sic] 2001-2003" or perhaps "amendment/Correction" of such records. But courts rarely order non-parties to do anything.

Spencer's pending "Motion to Amend," ECF No. 3, is somewhat illuminating.  There, Spencer seems to seek "amendment/Correction" under the Privacy Act, 5 U.S.C. § 552a, of the decedent's "personal identifiable information" that may appear in records maintained by the U.S. Department of Labor and/or Department of Treasury.  *See generally* Attachments, ECF No. 3-1. If such is the case, Spencer must exhaust her administrative remedies by "seeking an amendment or access from the [appropriate] agency and [if dissatisfied] seek[ing] review within the agency before coming to court." *Haase v. Sessions*, 893 F.2d 370, 373 (D.C. Cir. 1990) (citing 5 U.S.C. §§ 552a(g)(1)(A) & (B); 552a(d)(3) & (1)). Nothing suggests that Spencer has pursued that path, and no other basis of federal court jurisdiction has been established.  Consequently, this case will

be dismissed by separate order.

Date: July 17, 2024

TREVOR N. McFADDEN
United States District Judge